1 | Jamin S. Soderstrom, Bar No. 261054
jamin@soderstromlawfirm.com
2 | SODERSTROM LAW PC
1 Park Plaza, Suite 600
3 | Irvine, California 92614
Tel: (949) 667-4700; Fax: (949) 424-8091
4 |

5 | Douglas L. Mahaffey, Bar No. 125980
dougm@mahhaffeylaw.com
6 | MAHAFFEY LAW GROUP, PC
1048 Irvine Ave. #640
7 | Newport Beach, California 92660
Tel: (949) 833-1400; Fax: (949) 263-8736

8 | *Counsel for Plaintiffs and the Proposed Class*

9 | LATHAM & WATKINS LLP
    Daniel Scott Schecter (Bar No. 171472)
10 |     *daniel.schecter@lw.com*
10250 Constellation Boulevard, Suite 1100
11 | Los Angeles, CA. 90067
Tel.:  424.653.5500; Fax: 424.653.5501

12 |     Matthew A. Brill (admitted pro *hac vice*)
        *matthew.brill@lw.com*
13 |     Andrew D. Prins (admitted pro *hac vice*)
        *andrew.prins@lw.com*
14 | 555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
15 | Tel.:  202.637.2200; Fax.: 202.637.2201

16 |     Nicholas L. Schlossman (admitted pro *hac vice*)
        *nicholas.schlossman@lw.com*
17 | 300 Colorado Street, Suite 2400
Austin, TX 78701
18 | Tel.:  737.910.7300; Fax.: 737.910.7301

19 | *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA JIMENEZ, individually and on behalf of all others similarly situated, | Case No.  2:18-cv-06480-SB-RAO |
| Plaintiff, | Assigned to: Hon. Stanley Blumenfeld, Jr. |
| v. | |
| CHARTER COMMUNICATIONS, INC., SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, and DOES 1 to 25, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Carla Jimenez ("Plaintiff") and Defendants Charter Communications, Inc. and Spectrum Management Holding Company, LLC (collectively, "Charter"), by and through their undersigned attorneys, hereby submit a Joint Stipulation for Dismissal with Prejudice in the above-captioned matter.  The parties stipulate and agree that all claims asserted by Plaintiff are hereby dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

Dated: August 4, 2023                    SODERSTROM LAW PC

                                         By: */s/* Jamin S. Soderstrom
                                              Jamin S. Soderstrom

                                         and

                                         MAHAFFEY LAW GROUP, PC
                                              Douglas L. Mahaffey

                                         *Counsel for Plaintiffs and the Proposed Class*

Dated: August 4, 2023                    LATHAM & WATKINS LLP
                                              Daniel Scott Schecter
                                              Matthew A. Brill (*pro hac vice*)
                                              Andrew D. Prins (*pro hac vice*)
                                              Nicholas L. Schlossman (*pro hac vice*)

                                         By /s/ Andrew D. Prins
                                              Andrew D. Prins

                                         *Attorneys for Defendants*
                                         *Charter Communications, Inc. and*
                                         *Spectrum Management Holding Company*
                                         *LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing. I have obtained authorization to affix their electronic signatures to this document.

Dated: August 4, 2023                    /s/ Andrew D. Prins
                                         Andrew D. Prins

Case No. 2:18-cv-06480-SB-RAO
JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE