UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, and DOES 1 to 25,<br><br>Defendants. | Case No. 2:18-cv-06480-SB-RAO<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>The Hon. Stanley Blumenfeld, Jr. |

Having reviewed the parties' Joint Stipulation for Dismissal with Prejudice, the Court ORDERS that Case No. 2:18-cv-06480-SB-RAO is dismissed with prejudice in its entirety, with each party to bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 4, 2023

Stanley Blumenfeld, Jr.
United States District Judge